USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/07/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COTY INC., COTY B.V., CALVIN KLEIN TRADEMARK TRUST, CALVIN KLEIN, INC., CALVIN KLEIN COSMETIC CORPORATION, VERA WANG LICENSING LLC, V.E.W., LTD., and ATE MY HEART INC.,

        Plaintiffs,

v.

EXCELL BRANDS, LLC,

        Defendant.

15-CV-7029 (JMF) (GWG)

## SUPPLEMENTAL JUDGMENT

      Following the completion of the accounting ordered in Paragraph 5 of the Judgment and Preliminary Injunction ("Judgment") entered October 18, 2017 (ECF Nos. 163; 164; 165; 167), it is hereby **ORDERED,** as a supplement to Paragraph 6 of the Judgment, that Plaintiffs are awarded profits in the agreed-upon amount of $40,000 for Defendant's sales of Infringing Products since April 2016. The remedy awarded in this Supplemental Judgment is in addition to the remedies awarded in the Judgment. This Supplemental Judgment does not alter or replace any part of that Judgment, and all other provisions and deadlines in the Judgment remain as Ordered.

      SO ORDERED.

Date: November 7, 2017
       New York, New York

_____
JESSE M. FURMAN
United States District Judge