UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COTY INC., COTY B.V., CALVIN KLEIN
TRADEMARK TRUST, CALVIN KLEIN, INC., CALVIN
KLEIN COSMETIC CORPORATION, VERA WANG
LICENSING LLC, V.E.W., LTD., and ATE MY HEART
INC.,

                            Plaintiffs,

    v.

EXCELL BRANDS, LLC,

                            Defendant.
------------------------------------------------------------X

15-CV-7029 (JMF) (GWG)

**NOTICE OF APPEAL**

      **PLEASE TAKE NOTICE** that defendant Excell Brands, Inc. ("Excell"), hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment and Permanent Injunction of the United States Court for the Southern District of New York (Furman, J.), dated October 19, 2017 (Dkt. No. 163).

Dated: New York, New York
       November 15, 2017

                            **BLANK ROME LLP**

                            By: */s/ Simon Miller*
                                Simon Miller
                                Rebecca Avrutin Foley
                                The Chrysler Building
                                405 Lexington Avenue
                                New York, New York 10174
                                212-885-5000