## DECLARATION OF ADAM LIPKIN

**ADAM LIPKIN**, declares as follows:

1. I am a Senior Manager in the accounting firm of Sobel & Co., LLC, the outside accounting firm for Excell Brands, LLC ("Excell").

2. On November 9, 2017, in furtherance of the directive contained in Paragraph 5 of the Judgment and Permanent Injunction, dated October 18, 2017 entered in the matter of *Coty, Inc. et al. v. Excell Brands, LLC,* SDNY Case No. 15 cv 7929 (the "Judgment"), I caused to be prepared and mailed to the customers of Excell a notice of recall and accompanying Schedule A in the form annexed hereto as Exhibit A (the "Recall Notice"). The Recall Notice was sent out by regular mail to approximately 322 customers.

3. I identified the Excell customers which may have inventory of Excell products covered by the Judgment by reviewing sales records for the Company showing sales to Excell customers over the life of the Company.

Pursuant to Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: Livingston, New Jersey
       November 13, 2017

_____
ADAM LIPKIN